69 A.3d 216

Hector HUERTAS, Appellant

v.

DEPARTMENT OF CORRECTIONS, Appellees.

Supreme Court of Pennsylvania.

June 17, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of June, 2013, the Order of the Commonwealth Court is AFFIRMED.